# EXHIBIT 1

**CIRCUIT COURT FOR MONTGOMERY COUNTY,** Main: 240-777-9400
**MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

**To:** ENTERPRISE RAC COMPANY OF MARYLAND LLC
2273 REASEARCH BLVD, FL 6
ROCKVILLE, MD 20850
**Serve On:** THE CORPORATION TRUST INCORPORATED
2405 YORK ROAD, SUITE 201
LUTHERVILLE- TIMONIUM, MD 21093

**Case Number:** C-15-CV-26-000333
**Other Reference Number(s):**

**KENYON DEVON AMES VS. ENTERPRISE RAC COMPANY OF MARYLAND LLC**

Issue Date: 1/20/2026
Expiration Date: 03/21/2026

## WRIT OF SUMMONS (NEW CASE)

You are hereby summoned to file a <u>written</u> response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

Ames, Kenyon Devon
2465 J17 Centreville Road
Herndon, VA 20171

Witness, the Honorable Chief Judge of the Sixth Judicial Circuit of Maryland.

TO THE PERSON SUMMONED:

1. Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
2. If you have been served with a Scheduling Order, your appearance is required pursuant to the Scheduling Order, regardless of the date your response is due.
3. If you have questions, you should see an attorney immediately. If you need help finding an attorney, you may contact the Bar Association of Montgomery County's Lawyer Referral Service online at www.barmont.org or by calling (301) 279-9100.

*Karen A. Bushell*
Karen A. Bushell
Clerk of the Circuit Court

NOTE:

1. This summons is effective only if served within 60 days after the date issued. If it is not served within the 60 days, the moving party must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reason(s).
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

Kenyon Devon Ames vs. ENTERPRISE RAC COMPANY OF MARYLAND LLC   Case Number: C-15-CV-26-0

Case 1:26-cv-00762-JKB   Document 1-1   Filed 02/24/26   Page 3 of 16

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).
5. Service of the Summons CANNOT be made by the moving party.

Kenyon Devon Ames vs. ENTERPRISE RAC COMPANY OF MARYLAND LLC    Case Number: C-15-CV-26-0

Case 1:26-cv-00762-JKB    Document 1-1    Filed 02/24/26    Page 4 of 16

# RETURN

☐ Served _____ on _____ at _____
                    Whom                           Date                 City/State/Country

☐ Summons and   ☐ Show Cause Order and   ☐ Complaint/Petition/Motion Served

☐ Unserved _____ _____
                  Date                              Reason

_____   ☐ Sheriff
Signature

Kenyon Devon Ames vs. ENTERPRISE RAC COMPANY OF MARYLAND LLC  Case Number: C-15-CV-26-0

Case 1:26-cv-00762-JKB   Document 1-1   Filed 02/24/26   Page 5 of 16

IN THE CIRCUIT COURT FOR _____
                                                    City/County

## CIVIL – NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS
*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a). *Defendant:* You must file an Information Report as required by Rule 2-323(h).
**THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING**

**FORM FILED BY:** ☐ PLAINTIFF ☐ DEFENDANT    **CASE NUMBER** _____ (Clerk to insert)
**CASE NAME:** Kenyon Ames  vs.  Enterprise RAC LLC
                 Plaintiff                              Defendant
**PARTY'S NAME:** Kenyon Devon Ames                **PHONE:** 240-750-8048
**PARTY'S ADDRESS:** 2465 Centreville RD Herndon, VA 20171
**PARTY'S E-MAIL:** Kinghallmark@aol.com

If represented by an attorney:
**PARTY'S ATTORNEY'S NAME:** _____ **PHONE:** _____
**PARTY'S ATTORNEY'S ADDRESS:** _____
**PARTY'S ATTORNEY'S E-MAIL:** _____
**JURY DEMAND?** ☒ Yes ☐ No
**RELATED CASE PENDING?** ☐ Yes ☒ No If yes, Case #(s), if known: _____
**ANTICIPATED LENGTH OF TRIAL?:** _____ hours  2  days

### PLEADING TYPE
**New Case:** ☒ Original    ☐ Administrative Appeal    ☐ Appeal
**Existing Case:** ☐ Post-Judgment    ☐ Amendment
*If filing in an existing case,* skip Case Category/Subcategory section – go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint – DOB of Youngest Plt: _____
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☐ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property/ Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Worker's Compensation
☒ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. – Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

CC-DCM-002 (Rev. 09/2025)                Page 1 of 3

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) |||||
|---|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Default | ☐ Reinstatement of Employment ||
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Interest | ☐ Return of Property ||
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Judgment-Summary | ☐ Sale of Property ||
| ☐ Arbitration | ☐ Financial Exploitation | ☐ Liability | ☐ Specific Performance ||
| ☐ Asset Determination | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis ||
| ☐ Attachment b/f Judgment | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution ||
| ☐ Cease & Desist Order | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property ||
| ☐ Condemn Bldg | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages ||
| ☐ Contempt | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus ||
| ☐ Court Costs/Fees | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus ||
| ☒ Damages-Compensatory | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession ||
| ☒ Damages-Punitive | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order |  ||

If you indicated **Liability** above, mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.    ☒ Liability is not conceded, but is not seriously in dispute.    ☐ Liability is seriously in dispute.

| MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs) |
|---|
| ☐ Under $10,000    ☐ $10,000 - $30,000    ☐ $30,000 - $100,000    ☒ Over $100,000 |
| ☐ Medical Bills $_____    ☐ Wage Loss $_____    ☐ Property Damages $_____ |
| **ALTERNATIVE DISPUTE RESOLUTION INFORMATION** |
| Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)<br>A. Mediation        ☒ Yes ☐ No           C. Settlement Conference   ☒ Yes ☐ No<br>B. Arbitration      ☐ Yes ☒ No           D. Neutral Evaluation      ☐ Yes ☐ No |
| **SPECIAL REQUIREMENTS** |
| ☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**<br><br>☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049** |
| **ESTIMATED LENGTH OF TRIAL** |
| With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL.**<br>*(Case will be tracked accordingly)*<br>☐ 1/2 day of trial or less        ☐ 3 days of trial time<br>☐ 1 day of trial time            ☐ More than 3 days of trial time<br>☒ 2 days of trial time |
| **BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM** |
| For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.<br>☐ **Expedited** - Trial within 7 months of        ☐ **Standard** - Trial within 18 months of<br>Defendant's response                            Defendant's response |
| **EMERGENCY RELIEF REQUESTED** |

CC-DCM-002 (Rev. 09/2025)                Page 2 of 3

| | |
|---|---|
| **COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)** ||
| *FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.* ||
| ☐ **Expedited** - Trial within 7 months of Defendant's response | ☐ **Standard** - Trial within 18 months of Defendant's response |

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

**CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)**

| | |
|---|---|
| ☐ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ Civil-Short | Trial 210 days from first answer. |
| ☐ Civil-Standard | Trial 360 days from first answer. |
| ☐ Custom | Scheduling order entered by individual judge. |
| ☐ Asbestos | Special scheduling order. |
| ☐ Lead Paint | Fill in: Birth Date of youngest plaintiff _____ . |
| ☐ Tax Sale Foreclosures | Special scheduling order. |
| ☐ Mortgage Foreclosures | No scheduling order. |

**CIRCUIT COURT FOR BALTIMORE COUNTY**

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

01/20/2026
Date

2465 Centreville Rd.
Street Address

Herndon          VA          20171
City             State       Zip Code

*Kenyon Ames*    246-750-8040
Signature of Attorney/Party    Attorney Number

Kenyon Ames
Printed Name

Kingnallmark@aol.com
E-mail

CC-DCM-002 (Rev. 09/2025)          Page 3 of 3

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

KENYON DEVON AMES

2465 J17 Centreville Road

Herndon, VA 20171

Plaintiff,

v.

ENTERPRISE RAC COMPANY OF MARYLAND, LLC Defendant.

2273 Reasearch Blvd.
Rockville, MD
20850

Serve On:

The Corporation Trust Incorporated

2405 York Road, Suite 201

Lutherville-Timonium, MD 21093

Case No.: C-15-CX-26-000333

RECEIVED
2026 JAN 20 P 12: 20
SHERIFF'S OFFICE
BALTO. CO.

**COMPLAINT FOR WRONGFUL TERMINATION IN VIOLATION OF MARYLAND PUBLIC POLICY**

Plaintiff, Kenyon Devon Ames, sues Enterprise RAC Company of Maryland, LLC, and states:

I. INTRODUCTION

1. Plaintiff brings this action for wrongful termination in violation of Maryland public policy.

2. Plaintiff was fired shortly after reporting public-safety hazards involving commercial vehicles operated on Maryland and regional roadways.

3. Plaintiff's firing violates the well-established Maryland public policy protecting employees who report dangers that threaten public safety, as recognized in Adler, Wholey, and Porterfield.

II. PARTIES

4. Plaintiff resides in Herndon, Virginia.

5. Defendant is a Maryland LLC doing business statewide.

III. JURISDICTION AND VENUE

6. Venue is proper in Montgomery County under § 6-201(b).

7. This Court has jurisdiction over Maryland common-law wrongful discharge claims.

IV. FACTUAL ALLEGATIONS

A. Plaintiff's Employment and Positive Record

8. Plaintiff was employed with Enterprise from December 2022 to January 17, 2025.

9. Plaintiff consistently performed well as a Vehicle Service Agent and later became a DOT driver.

10. In December 2024, Plaintiff received a positive performance review with no disciplinary history, no behavior issues, and no misconduct documentation. All reviews on Plaintiff are positive.

B. Plaintiff Reported Public-Safety Hazards

11. On June 3, 2024, Plaintiff reported multiple commercial vehicle safety concerns, including:

a. Lack of visible vehicle height information;

b. Trucks operated with active engine warning indicators;

c. Assignments involving potential DOT safety violations.

12. Plaintiff reported these concerns to:

- His supervisor,

- Human Resources,

- OSHA (which forwarded the matter to MOSH), and

- The Virginia State Police, where Plaintiff verbally explained concerns involving vehicle height and unsafe engine-warning conditions.

13. All reports were made in good faith to protect public safety on state and interstate roadways.

C. HR Investigated and Found No Misconduct

14. On June 19, 2024, HR completed its investigation

15. HR confirmed no wrongdoing by Plaintiff.

16. HR found no safety violations and no basis for discipline.

17. Plaintiff was not reprimanded, warned, or counseled at any time for any negative incidents.

D. Sudden Adverse Treatment After Safety Reports

18. Plaintiff continued performing his duties without issue through late 2024.

19. On December 30, 2024, Plaintiff—while off duty—used profanity during a frustrated phone call regarding his personal vehicle rental.

20. Plaintiff acknowledges his language, but he did not direct profanity at any person.

21. During a later exchange in text messages, manager-in training Lindsay Ross texted Plaintiff ("you were an ass").

22. Ross received no discipline.

E. Fabricated Allegations Leading to Termination

23. On January 17, 2025, Defendant terminated Plaintiff, citing "improper personal conduct."

24. In addition to referencing the off-duty profanity (for which Plaintiff admitted fault), Defendant added new, undocumented, and false allegations, including:

- Claims that "multiple coworkers were uncomfortable,"

- Claims of "additional unprofessional behavior,"

- Vague assertions of "unsettling conduct."

25. None of these claims were ever documented or communicated to Plaintiff, and they are pretextual exaggerations.

26. Plaintiff had zero prior warnings, write-ups, meetings, or disciplinary notations.

27. These new accusations arose only after Plaintiff's safety reports.

28. The timing and fabrication demonstrate retaliatory motive.

**V. CAUSE OF ACTION — WRONGFUL TERMINATION IN VIOLATION OF MARYLAND PUBLIC POLICY**

29. Plaintiff incorporates all prior paragraphs.

30. Maryland recognizes a tort claim for wrongful discharge when an employee is fired for reporting conduct that threatens public safety.

- Adler v. American Standard Corp., 291 Md. 31 (1981)

- Wholey v. Sears, 370 Md. 38 (2002)

- Porterfield v. Mascari, 374 Md. 402 (2003)

- Szaller v. Red Cross, 293 F.3d 148 (4th Cir. 2002)

31. Plaintiff made good-faith reports of public highway safety hazards involving commercial vehicles, a matter squarely within Maryland's recognized public-policy protections.

32. Defendant's termination of Plaintiff violates these clear and well-defined Maryland public policies.

33. As a direct and proximate result, Plaintiff suffered economic loss, emotional distress, reputational harm, and loss of career opportunities.

VI. DAMAGES

Plaintiff seeks:

A. Loss of Future Earning Capacity

$200,000

B. Emotional Distress Damages

$500,000

C. Punitive Damages

$800,000

TOTAL: $1,500,000

VII. JURY TRIAL DEMAND

34. Plaintiff demands a trial by jury on all issues triable by jury.

VIII. PRAYER FOR RELIEF

Plaintiff requests:

A. Judgment for $1,500,000;

B. Punitive damages;

C. Interest, costs, and relief the Court deems proper.

Respectfully submitted,

/s/ *[signature]*

/s/ Kenyon Devon Ames

2465 J17 Centreville Road

Herndon, VA 20171

240-750-8040

kinghallmark@aol.com

Plaintiff, Pro Se