# EXHIBIT 3

# Maryland Judiciary Case Search

**NOTICE: Available**

## Case Detail

### Case Information

Court System: **Circuit Court For Montgomery County - Civil**
Location: **Montgomery Circuit Court**
Case Number: **C-15-CV-26-000333**
Title: **Kenyon Devon Ames vs. ENTERPRISE RAC COMPANY OF MARYLAND LLC**
Case Type: **Tort - Other**
Filing Date: **01/20/2026**
Case Status: **Open**

### Involved Parties Information

#### Plaintiff

Name: **Ames, Kenyon Devon**

Address: **2465 J17 Centreville Road**
City: **Herndon**  State: **VA**  Zip Code: **20171**

#### Defendant

Name: **ENTERPRISE RAC COMPANY OF MARYLAND LLC**

Address: **2273 REASEARCH BLVD**
         **FL 6**
City: **ROCKVILLE**  State: **MD**  Zip Code: **20850**

## Court Scheduling Information

| Event Type | Event Date | Event Time | Judge | Court Location | Court Room | Result |
|---|---|---|---|---|---|---|
| Conference - Pre-Trial | 11/05/2026 | 13:30:00 | Smith, Karla N. | Civil | Courtroom 3E - North Tower | |

## Document Information

| | |
|---|---|
| File Date: | 01/20/2026 |
| Document Name: | Complaint / Petition |
| Comment: | and Jury Trial Demand |

| | |
|---|---|
| File Date: | 01/20/2026 |
| Document Name: | Summons Issued (Service Event) - New Case |
| Comment: | and handed to Plaintiff. |

| | |
|---|---|
| File Date: | 01/20/2026 |
| Document Name: | Scheduling Order |
| Comment: | track 3 |

| | |
|---|---|
| File Date: | 01/20/2026 |
| Document Name: | Order - Mandatory Settlement Conference/Pretrial Hearing |
| Comment: | track 3 |

| | |
|---|---|
| File Date: | 01/20/2026 |
| Document Name: | Notice of Scheduling Hearing and Order of Court |
| Comment: | track 3 |

| | |
|---|---|
| File Date: | 02/03/2026 |
| Document Name: | Sheriffs Return |
| Comment: | as to summons on Enterprise Rac Company of Maryland LLC W/S/O Rebecca Gott 1/20/2026- Baltimore Sheriff |

## Service Information

| Service Type | Issued Date |
|---|---|
| **Summons Issued** | 01/20/2026 |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Copyright © 2026. Maryland Judiciary. All rights reserved.

Service Desk: (410) 260-1114