UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| **KENYON DEVON AMES,** | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) Case No. 1:26-cv-00762-JKB |
| | ) |
| **ENTERPRISE RAC COMPANY** | ) |
| **OF MARYLAND, LLC** | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

**NOTICE TO PARTIES OF REMOVAL OF CIVIL ACTION TO THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARLYAND**

TO:      Kenyon Devon Ames, 2465 J17 Centreville Rd., Herndon, VA 20170
           kinghallmark@aol.com

PLEASE TAKE NOTICE that on February 24, 2026, a Notice of Removal of the above-entitled action from the Circuit Court of Montgomery County, Maryland, to the United States District Court for the District of Maryland, Greenbelt Division, a copy of which is served herewith, was filed in the United States District Court for the District of Maryland, Greenbelt Division.

Respectfully submitted,

*/s/ Edward Lee Isler*
Edward Lee Isler, Bar No. 22332
Micah E. Ticatch, Bar No. 21208
John W. H. Harding
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690 (main)
(703) 748 2695 (fax )
eisler@islerdare.com
mticatch@islerdare,com
jharding@islerdare.com
*Attorneys for Defendant*
*Enterprise RAC Company of Maryland, LLC*

**CERTIFICATE OF SERVICE**

I certify that on this 24th day of February 2026, I caused a true and correct copy of the foregoing to be sent by electronic mail to Plaintiff at kinghallmark@aol.com, and by United States mail to Plaintiff as follows:

>Kenyon Devon Ames
>2465 J17 Centerville Rd.
>Herndon, VA 20170
>
>*Pro Se Plaintiff*

>/s/ Edward Lee Isler
>Edward Lee Isler, Bar No. 22332
>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>(703) 748-2690 (main)
>(703) 748 2695 (fax)
>eisler@islerdare.com
>*Attorney for Defendant*
>*Enterprise RAC Company of Maryland, LLC*