# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Kenyon Devon Ames          *

**Plaintiff,**

                                 *

**v.**                                                     Case No. 1:26-cv-00762-JKB

Enterprise RAC Company of Maryland, LLC          *

**Defendant.**          *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that Enterprise RAC Company of Maryland, LLC
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☒ The following corporate affiliations exist with Enterprise RAC Company of Maryland, LLC :
(name of party)

Enterprise Holdings, Inc. (sole member) .
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____ .
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☑ In a case based on diversity jurisdiction, the following is a list of all members of Enterprise RAC Company of Maryland, LLC and their states of citizenship:
(name of LLC party)

| Enterprise Holdings, Inc. | Missouri |
|---|---|
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

February 24, 2026 — Date

/s/ Edward Lee Isler — Signature

Edward Lee Isler, Bar No. 22332 — Printed name and bar number

1945 Old Gallows Rd, Suite 650, Vienna, VA 22182 — Address

eisler@islerdare.com — Email address

703-748-2690 — Telephone number

703-748-2695 — Fax number

2